450 A.2d 1041

Commonwealth v. Sanders, Appellant.
Petition for Allowance of Appeal
Denied Jan. 14, 1983.

Submitted March 6, 1980. Bruce D. Foreman, for appellant; Marion E. Mac Intyre, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., WATKINS and MONTGOMERY, JJ.

Order affirmed.